# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PATRICK KIMBLE, § § | |
|     *Plaintiff,* § | Civil Action No. 4:22-cv-00784 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| DATANET SOLUTIONS, et al., § | |
| § | |
|     *Defendants.* § | |
| § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 5, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #7) that Plaintiff Patrick Kimble's claims against Defendants DataNet Solutions and Arch Staffing and Consulting be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**.   The Clerk is directed to CLOSE this civil action.

    **IT IS SO ORDERED**.
    SIGNED this 30th day of June, 2025.

    _____
    AMOS L. MAZZANT
    UNITED STATES DISTRICT JUDGE